157 A.3d 475

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darius L. BURKETT, Petitioner**

**No. 197 EAL 2016**

Supreme Court of Pennsylvania.

September 8, 2016

## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.